UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN GARCIA-SILVA,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>BRIAN BIRKHOLZ,<br><br>　　　　　　Respondent. | Case No. 2:24-cv-01486-JFW (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　**IT IS THEREFORE ORDERED** that Respondent's Motion to Dismiss is **GRANTED** and Judgment be entered dismissing this action without prejudice.

Dated: August 14, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　United States District Judge