JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN GARCIA-SILVA, | Case No. 2:24-cv-01486-JFW (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| BRIAN BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated: August 14, 2024

HONORABLE JOHN F. WALTER
United States District Judge